**Order entered April 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01160-CR

**MARLON LALL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-12-33**

## ORDER

Because the State's brief was filed in this Court on April 15, 2013, the Court **DENIES**

the State's second motion for extension of time to file the State's brief as moot.


/s/     JIM MOSELEY
          JUSTICE